# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## CRIMINAL SESSION COMMENCING
## TUESDAY, FEBRUARY 24, 2015 @ 10:00 a.m.
## GREENVILLE COURTHOUSE

### THE HONORABLE MALCOLM J. HOWARD
### SENIOR UNITED STATES DISTRICT JUDGE PRESIDING

---

### PER SENIOR UNITED STATES DISTRICT
### JUDGE MALCOLM J. HOWARD:

**THE POLICY** for filing motions to continue: Any motion to continue must be filed by noon on the Wednesday preceding the court term beginning Tuesday, February 24, 2015. **No motions to continue,** filed after the Wednesday noon deadline, will be considered and counsel will be expected to appear for the hearing at the scheduled date and time.

---

*Please notify the Clerk's Office if an interpreter is required and this has not been noted on the calendar. Likewise, if an interpreter has been scheduled for your case and is not needed, please advise the Clerk's Office.*

---

1

## Sentencings - Tuesday, February 24, 2015 @ 10:00 am
## Senior Judge Malcolm J. Howard - Greenville Courtroom

**SANCHEZ-MARTINEZ**, Lazaro Fernando     5:11-CR-42-2H
(Custody)
    AUSA: Tobin Lathan
    ATTY: Myron Hill, Jr.
    USPO: Karmen Coates


**PHILLIPS,** Darren K.     5:12-CR-340-1H
(Bond)
    AUSA: Banu Rangarajan
         Deana Timberlake-Wiley
    ATTY: Kieran Shanahan
         Brandon Neuman
    USPO: Josh Cantafio


**ROJAS-ROSAS**, Martin     5:14-CR-117-1H
*Spanish Interpreter Requested*
(Bond)
    AUSA: Edward Gray
    ATTY: David Smith
    USPO: Mary Vann Roberson


**FLORES-AGUILAR**, Serafin     5:14-CR-229-1H
*Spanish Interpreter Requested*
(Custody)
    AUSA: Sebastian Kielmanovich
    ATTY: James Todd, Jr.
    USPO: John Wasco

**Sentencings - Tuesday, February 24, 2015 @ 1:00 pm**
**Senior Judge Malcolm J. Howard - Greenville Courtroom**

**SMITH**, Eric Lamont  4:12-CR-134-1H
(Custody)
    AUSA: Frank Bradsher
    ATTY: James B. Craven, III
    USPO: Stephen Roberts


**ELLIS**, Mary Shanta  5:14-CR-75-4H
(Custody)
    AUSA: James Kurosad
    ATTY: Michael Fitzpatrick
    USPO: Jackie Leonard


**FLETCHER**, Teresa Lyn  5:14-CR-120-1H
(Custody)
    AUSA: Adam Hulbig
    ATTY: William LeLiever
    USPO: John Wasco


**Supervised Release Revocation Hearing**
**Tuesday, February 24, 2015 @ 1:00 pm**
**Senior Judge Malcolm J. Howard - Greenville Courtroom**

**JOHNSON**, Mario Lamont  5:04-CR-270-1H
(Custody)
    AUSA: Jennifer Wells
    ATTY: Susan Umstead
    USPO: Maurice Foy


End of Calendar